# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

KEVIN J. HOWARD,

    Plaintiff,

vs.

UNKNOWN DEFENDANTS,

    Defendants.

No. C06-2058-EJM

ORDER

---

    This matter is before the court on the submission of a letter from plaintiff, which the Clerk's Office filed as a 42 U.S.C. § 1983 action on August 7, 2006. Dismissed.

    A letter is insufficient to commence a civil action. *See* Fed. R. Civ. P. 3 (indicating a civil action is commenced by filing a complaint); *see also* Fed. R. Civ. P. 8 (addressing general rules of pleading). Moreover, the plaintiff submits neither the $350.00 filing fee nor an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). Accordingly, this action shall be dismissed without prejudice. 28 U.S.C. § 1914; 28 U.S.C. § 1915.

    It is therefore

    ORDERED

    Dismissed.

    August 29, 2006.

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT